UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\*\*\*

| | |
|---|---|
| DORI BECKWITH, | ) |
| Plaintiff, | ) Case No. 2:13-cv-0125-JCM-NJK |
| vs. | ) ORDER GRANTING DISCOVERY PLAN |
| ROBERT POOL, ESQ., et al., | ) (Docket No. 27) |
| Defendants. | ) |

Pending before the Court is the parties' proposed discovery plan and scheduling order (Docket No. 27), which is hereby GRANTED.

The Court instructs the parties that in the future they must comply with the deadlines set out in the Local Rules and the Federal Rules of Civil Procedure. "The Federal Rules of Civil Procedure do not provide for automatic or blanket stays of discovery when a potentially dispositive motion is pending." *Tradebay, LLC v. eBay, Inc.*, 278 F.R.D. 597, 601 (D. Nev. 2011). The parties cannot unilaterally delay discovery without Court approval. *See* LR 6-1 and LR 7-1. If the parties wish to delay or extend deadlines, they must seek a stay of discovery or deadline extension from the Court.

IT IS SO ORDERED.

DATED: November 15, 2013

_____
NANCY J. KOPPE
United States Magistrate Judge