AO450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

DISTRICT OF Nevada

Dori Beckwith

　　　　　　　　　Plaintiff,

V.

Robert Pool, et., al

　　　　　　　　　Defendant.

**JUDGMENT IN A CIVIL CASE**

Case Number: 2:13-cv-00125-JCM-NJK

☐ **Jury Verdict.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

☐ **Notice of Acceptance with Offer of Judgment.**  A notice of acceptance with offer of judgment has been filed in this case.

   IT IS ORDERED AND ADJUDGED

that Judgment is entered in favor of Plaintiff Dori Beckwith and against Defendant s Robert Pool, et.,al.

July 25, 2016　　　　　　　　　　　　　　　　/s/ Lance S. Wilson

Date　　　　　　　　　　　　　　　　　　　　Clerk

　　　　　　　　　　　　　　　　　　　　　　/s/ALipksi

　　　　　　　　　　　　　　　　　　　　　　(By) Deputy Clerk