# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| DORI BECKWITH, | Case No. 2:13-cv-00125-JCM-NJK |
| Plaintiff(s), | |
| vs. | ORDER |
| ROBERT POOL, ESQ., *et al.,* | (Docket Nos. 82, 83) |
| Defendant(s). | |

Pending before the Court is Plaintiff's motion to stay proceedings. Docket No. 82. Also pending before the Court is Plaintiff's motion to withdraw as counsel. Docket No. 83.

For good cause shown, the motion to withdraw as counsel is **GRANTED**. Docket No. 83. On April 21, 2017, the Ninth Circuit affirmed the judgment in the instant case and the case is now closed. *See* Docket Nos. 78, 79, 80. Accordingly, the motion to stay proceedings, Docket No. 82, is **DENIED** as moot.

IT IS SO ORDERED.

DATED: September 13, 2017

_____
NANCY J. KOPPE
United States Magistrate Judge